# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### LEWIS F. POWELL, JR. COURTHOUSE
#### 1000 E. MAIN STREET, SUITE 345
#### RICHMOND, VIRGINIA 23219

*Chambers of*
ROBERT E. PAYNE
*United States District Judge*

(804) 916-2260

October 19, 2004

FINANCIAL DISCLOSURE OFFICE    Oct 25 10 50 AM '04    RECEIVED

Honorable Mary M. Lisi
Chair, Judicial Conference Committee
 on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: <u>Calendar Year 2003 Filing</u>

Dear Judge Lisi:

This responds to your letter dated September 22, 2004.  The material added below in Response to Questions (1), (2) and (4) was omitted by inadvertent error.  As to Question (3), I do not read the instructions as do you.

Question (1).  The date of the trip was September 12-13, 2003.

Question (2).  Attachment VIIA, p. 2, 1.10 of the 2003 Report should reflect that the Viacom, Inc. stock was purchased on November 7, 2003.
The Value Code is J.
The Gain Code is A.

Attachment VIIB, p. 8, 1. 7 and 8 of the 2003 Report should reflect that the Motorola, Inc. stock was bought on May 19, 2003.
The Value Code is J.
The Value Method is T.

Question (3).  Each of the transactions inquired of was a partial sale, as is obvious by comparing the "Stocks Held As Of 12/31/03" pages with the "Stocks Sold In 2003" pages, an exercise which is not too much to expect the staff to accomplish.

Honorable Mary M. Lisi
October 19, 2004
Page Two

                    I do not understand the referenced instructions to read as you suggest. Perhaps, in an effort to disclose fully, I erred, but I do not think so. In any event, each transaction which is the subject of the query may be labeled "partial."

Question (4).    Attachment VIIA, p. 2, l. 15 of the 2003 Report should reflect a holding as of December 31, 2003 of Chevron/Texaco stock.
The Income Amount Code is A, the type is Div.
The Value Code is J.
The Value Method is T.

                    Attachment VIIB, p. 5, l. 9 of the 2003 Report should reflect a holding of Transcocean, Inc. Stock as of December 31, 2003.
The Income Amount Code is A, the type is Div.
The Value Code is J.
The Value Method is T.

I respectfully suggest that, over time, the instructions have become so lengthy and so convoluted that they are more hindrance than help. Quite frankly, most of the instructions appear to be intended to help the staff, not the judges. Is it not possible to condense the instructions to 10 or 15 pages? Perhaps, the process would be improved by such an effort.

Sincerely,



/amh

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>PAYNE, ROBERT E. | 2. Court or Organization<br>United States District Court<br>Eastern District of Virginia | 3. Date of Report<br><br>8/12/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Active | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial  _X_ Annual  ___ Final | 6. Reporting Period<br>01/01/2003 to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1000 E. Main Street, Suite 345<br>Richmond, Virginia  23219 | 8. On the basis of the information contained in this report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | [X] NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | [X] NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2003 | Maggie Fry | |
| 2 | 2003 | Geo. R. and Francis R. Acree Trusts | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE | DESCRIPTION

☐ NONE (No such reportable reimbursements.)

1. Virginia State Bar — Travel to/from  Wintergreen Resort/meals
2. Participated in seminar. - $99.42
3. One night's lodging provided
4.
5.
6.
7.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE | DESCRIPTION | VALUE

☒ NONE (No such reportable gifts.)

1. $
2. $
3. $
4. $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | American Express | credit card | J* |
| 2 | Bk of America | credit card | J* |
| 3 | First USA Bk | credit card | J* |
| 4 | MBNA America | credit card | K |
| 5 | MBNA America | credit card | K* |

*paid in full 1/04

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Salomon Smith Barney Mgd. Mun. Fund | A | Int | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 Salomon Smith Barney IRA Rollover Mgd | NA* | NA* | M | T | See Attachment VIIA | | | | |
| 4 Acct (48) | | | | | | | | | |
| 5 Salomon Smith Barney IRA Rollover Mgd | NA* | NA* | M | T | See Attachment VIIB | | | | |
| 6 Acct (49) | | | | | | | | | |
| 7 Ninth & Cary Assoc. | B | Other | NA | NA | See Attachment VIIC | | | | |
| 8 American Funds IRA | NA* | NA* | L | T | See Attachment VIID | | | | |
| 9 American Funds IRA | NA* | NA* | L | T | See Attachment VIID | | | | |
| 10 | | | | | | | | | |
| 11 *An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, no income to report | | | | | | | | | |
| 12 in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachment VIIB sets forth under the heading "B" entries reflecting | | | | | | | | | |
| 13 dividends and interest paid within the IRA and under the heading "D" | | | | | | | | | |
| 14 entries reflecting gains within the IRA. | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

(S)

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## ATTACHMENT VII A

This is a Smith Barney Rollover IRA account (SEM) (48). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/03 | | | | | | |
| 1 Abbott Labs | A | Div | J | T | | | | | |
| 2 American Int'l Gp., Inc | A | Div | J | T | | | | | |
| 3 Amgen, Inc. | NA | NA | J | T | | | | | |
| 4 Automatic Data Proc. Inc. | A | Div | J | T | | | | | |
| 5 Bank New York | A | Div | J | T | | | | | |
| 6 Bank One Corp. | A | Div | J | T | | | | | |
| 7 Carnival Corp. | A | Div | K | T | | | | | |
| 8 Comcast Corp. | NA | NA | J | T | | | | | |
| 9 Dell, Inc. | NA | NA | J | T | | | | | |
| 10 Electronic Data Sys. | NA | NA | J | T | | | | | |
| 11 General Elec. Co. | A | Div | K | T | | | | | |
| 12 Home Depot Inc. | A | Div | J | T | | | | | |
| 13 Intel Corp. | A | Div | J | T | | | | | |
| 14 Interactive Corp | NA | NA | J | T | Buy | 8/5 | J | NA | |
| 15 Johnson & Johnson | A | Div | J | T | | | | | |
| 16 Eli Lilly & Co | A | Div | J | T | | | | | |
| 17 Medtronic Inc. | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, ALL STOCKS COMMON | | | | STOCKS HELD AS OF 12/31/03 | | | | | |
| 1 Merck & Co. Inc. | A | Div | J | T | | | | | |
| 2 Microsoft Corp. | A | Div | J | T | | | | | |
| 3 Omnicon Gp | A | Div | J | T | | | | | |
| 4 Oracle Corp | NA | NA | J | T | | | | | |
| 5 Pfizer Inc. | A | Div | J | T | | | | | |
| 6 St. Paul Cos. Inc. | A | Div | J | T | | | | | |
| 7 Synco Corp | A | Div | J | T | | | | | |
| 8 Texas Inst. Inc. | A | Div | J | T | | | | | |
| 9 Time Warner Inc.* | NA | NA | J | T | Buy | 12/18 | J | NA | |
| 10 Viacom Inc. | A | Div | J | T | | | | | |
| 11 Walgreen Co. | A | Div | J | T | | | | | |
| 12 Weyerhaeuser Co. | A | Div | J | T | Buy | 6/30 | J | A | |
| 13 | | | | | | | | | |
| 14 *Formerly AOL Time Warner | - Name Change 10/16/03 | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

ATTACHMENT VIIA, p. 3

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, ALL STOCKS COMMON | | | | | STOCKS SOLD IN 2003 | | | | |
| Fed. Natl Mtg Assn | NA | NA | NA | NA | Sell | 5/12 | J | NA | |
| Medco Health Solutions | NA | NA | NA | NA | Buy | 8/25 | J | NA | Spinoff |
| | | | | | Sell | 8/26 | J | A | |
| SBC Comm Inc. | A | Div | NA | NA | Sell | 11/6 | J | NA | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

ATTACHMENT VII B

This is a Smith Barney Rollover IRA account (SBAM) (49). In December 1998, the manager of the account was changed, hence the change in designation from "GSB" (the manager since 1992) to SBAM (the new manager effective December 1998). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details for individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PAYNE, ROBERT E. | Date of Report<br>8/12/04 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, ALL STOCKS COMMON | | | | | STOCKS OWNED AS OF 12/31/03 | | | | |
| 1 Alcoa Inc. | A | Div | J | T | | | | | |
| 2 Alcoa Inc. | A | Div | J | T | Buy | 3/10 | J | A | |
| 3 American Express Co | A | Div | J | T | | | | | |
| 4 American Int'l Gp | A | Div | J | T | | | | | |
| 5 Avery Dennison Corp | A | Div | J | T | Buy | 10/28 | J | A | |
| 6 BP PLL | A | Div | J | T | Buy | 7/2 | J | A | |
| 7 Bk of New York | A | Div | J | T | Buy | 2/5 | J | A | |
| 8 Bk of New York | A | Div | J | T | Buy | 3/10 | J | A | |
| 9 Boeing Co. | A | Div | J | T | Buy | 12/3 | J | A | |
| 10 Chevron/Texaco Corp | A | Div | J | T | | | | | |
| 11 Comcast Corp | NA | NA | J | T | Buy | 12/13 | J | A | |
| 12 Comverse Tech. Inc. | NA | NA | J | T | Buy | 12/19 | J | A | |
| 13 Federated Dept Stores | A | Div | J | T | Buy | 3/10 | J | B | |
| 14 Fleet Boston Fncl | A | Div | J | T | Buy | 2/21 | J | B | |
| 15 Fleet Boston Fncl | | | | | | 7/1 | J | A | |
| 16 Goldman Sachs Gp | A | Div | J | T | Buy | 2/14 | J | B | |
| 17 HCA Inc. | A | Div | J | T | Buy | 2/6 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, ALL STOCKS COMMON | | | STOCKS OWNED AS OF 12/31/03 | | | | | | |
| 1 Hartford Fin'l Svc. | A | Div | J | T | | | | | |
| 2 Hewlett-Packard Co. | A | Div | J | T | Buy | 3/3 | J | B | |
| 3 Home Depot, Inc. | A | Div | J | T | Buy | 2/3 | J | A | |
| 4 Honeywell Int'l Inc. | A | Div | J | T | | | | | |
| 5 Honeywell Int'l Inc. | A | Div | J | T | Buy | 2/24 | J | A | |
| 6 Int'l Bus. Mach. Corp. | A | Div | J | T | | | | | |
| 7 Int'l Bus. Mach. Corp. | A | Div | J | T | Buy | 7/15 | J | A | |
| 8 Intl Paper Co. | A | Div | J | T | Buy | 3/10 | J | A | |
| 9 Intl Paper Co. | A | Div | J | T | Buy | 5/29 | J | A | |
| 10 JP Morgan Chase | A | Div | J | T | | | | | |
| 11 Johnson & Johnson | A | Div | J | T | Buy | 11/11 | J | A | |
| 12 Keyspan Corp | A | Div | J | T | Buy | 7/2 | J | A | |
| 13 Kimberly-Clark | A | Div | J | T | | | | | |
| 14 Kimberly-Clark | A | Div | J | T | Buy | 2/24 | J | A | |
| 15 Kimberly-Clark | A | Div | J | T | Buy | 10/13 | J | A | |
| 16 Kraft Foods Inc. | A | Div | J | T | Buy | 7/24 | J | A | |
| 17 Kraft Foods Inc. | A | Div | J | T | Buy | 8/1 | J | A | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, ALL STOCKS COMMON | | | | | STOCKS HELD AS OF 12/31/03 | | | | |
| 1 Liberty Media | NA | NA | J | T | Buy | 3/10 | J | A | |
| 2 Liberty Media | | | J | T | Buy | 9/25 | J | A | |
| 3 MGM Mirage | NA | NA | J | T | Buy | 3/10 | J | A | |
| 4 MGM Mirage | NA | NA | J | T | Buy | 3/11 | J | A | |
| 5 McDonalds Corp | A | Div | J | T | Buy | 2/12 | J | B | |
| 6 Merrill Lynch Co | A | Div | J | T | | | | | |
| 7 Microsoft Corp | A | Div | J | T | Buy | 12/9 | J | A | |
| 8 Morgan Stanley | A | Div | J | T | | | | | |
| 9 Morgan Stanley | NA | NA | J | T | Buy | 3/10 | J | A | |
| 10 Newell Rubbermaid | A | Div | J | T | Buy | 12/10 | J. | A | |
| 11 Nisource Inc. | A | Div | J | T | Buy | 4/3 | J | A | |
| 12 Nisource Inc | A | Div | J | T | Buy | 5/1 | J | A | |
| 13 News Corp Ltd | A | Div | J | T | Buy | 3/10 | J | A | |
| 14 News Corp Ltd | A | Div | J | T | Buy | 6/25 | J | A | |
| 15 Nokia Corp | A | Div | J | T | Buy | 2/24 | J | A | |
| 16 Pfizer Inc. | A | Div | J | T | Buy | 2/4 | J | A | |
| 17 Pfizer Inc. | A | Div | J | T | Buy | 9/4 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE. (No reportable income. ALL STOCKS COMMON | | | | | STOCKS HELD AS OF 12/31/03 | | | | |
| 1 Progress Energy | NA | NA | J | T | Buy | 2/4 | J | A | |
| 2 Progress Energy | NA | NA | J | T | Buy | 2/13 | J | A | |
| 3 SBC Comm. | A | Div | J | T | | | | | |
| 4 SBC Comm. | A | Div | J | T | Buy | 10/16 | J | A | |
| 5 Safeway Inc. | NA | NA | J | T | Buy | 2/18 | J | A | |
| 6 Safeway Inc. | NA | NA | J | T | Buy | 12/19 | J | A | |
| 7 St. Paul Cos. | A | Div | J | T | Buy | 2/6 | J | A | |
| 8 Schering Plaugh Corp | A | Div | J | T | Buy | 2/5 | J | NA | |
| 9 Schering Plaugh Corp | A | Div | J | T | Buy | 9/25 | J | A | |
| 10 Solectron Corp. | NA | NA | J | T | Buy | 2/27 | J | A | |
| 11 Total SA Spons ADR | A | Div | J | T | Buy | 3/10 | J | A | |
| 12 Total SA Spons ADR | A | Div | J | T | Buy | 3/11 | J | A | |
| 13 Total SA Spons ADR | A | Div | J | T | Buy | 7/1 | J | A | |
| 14 Sun Microsystems | NA | NA | J | T | Buy | 3/10 | J | A | |
| 15 Verizon Comm. | A | Div | J | T | | | | | |
| 16 Verizon Comm. | A | Div | J | T | | | | | |
| 17 Verizon Comm. | A | Div | J | T | Buy | 10/13 | J | A | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, ALL STOCKS COMMON | | | | | STOCKS HELD AS OF 12/31/03 | | | | |
| 1 Washington Mutual | A | Div | J | T | | | | | |
| 2 Washington Mutual | A | Div | J | T | Buy | 9/25 | J | A | |
| 3 Wyeth | A | Div | J | T | | | | | |
| 4 Wyeth | A | Div | J | T | Buy | 2/21 | J | A | |
| 5 Wyeth | A | Div | J | T | Buy | 3/10 | J | A | |
| 6 Wyeth | A | Div | J | T | Buy | 6/25 | J | NA | |
| 7 Wyeth | A | Div | J | T | Buy | 7/1 | J | NA | |
| 8 Wyeth | A | Div | J | T | Buy | 10/17 | J | NA | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, ALL STOCKS COMMON | | | | | STOCKS SOLD IN 2003 | | | | |
| 1 American Elec. Pwr Co. | NA | NA | NA | NA | Sell | 2/4 | J | NA | |
| 2 American Express Co. | A | Div | J | T | Sell | 2/7 | J | NA | |
| 3 American Express Co. | A | Div | J | T | Sell | 2/7 | J | A | |
| 4 Automatic Data Proc. | NA | NA | NA | NA | Sell | 2/3 | J | NA | |
| 5 Bristol Myers Squibb | NA | NA | NA | NA | Sell | 2/4 | J | NA | |
| 6 Cigna Corp | NA | NA | NA | NA | Sell | 2/5 | J | NA | |
| 7 Carnival Corp. | NA | NA | NA | NA | Sell | 2/10 | J | A | |
| 8 Carnival Corp. | NA | NA | NA | NA | Sell | 2/10 | J | A | |
| 9 Cendant Corp | NA | NA | NA | NA | Sell | 2/4 | J | NA | |
| 10 Cendant Corp | NA | NA | NA | NA | Sell | 2/4 | J | NA | |
| 11 Elec. Data Sys Corp | NA | NA | NA | NA | Sell | 2/6 | J | NA | |
| 12 Elec. Data Sys Corp | NA | NA | NA | NA | Sell | 2/6 | J | NA | |
| 13 Exxon Mobil Corp. | NA | NA | NA | NA | Sell | 2/13 | J | A | |
| 14 Illinois Tool Wks Inc | NA | NA | NA | NA | Sell | 2/5 | J | A | |
| 15 Kraft Foods Inc. | NA | NA | J | T | Sell | 3/6 | J | NA | |
| 16 Kraft Foods Inc. | A | Div | J | T | Sell | 7/15 | J | NA | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month, Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | | | | | SOLD | | | | |
| | | | | | | 2/4 | | | |
| | | | | | Sell | 2/4 | J | A | |
| | | | | | | 2/3 | | | |
| | | | | | | 2/10 | | | |
| Corp. | | | | | | 12/19 | | | |
| | | | | | Sell | 2/4 | J | A | |
| | | | | | | 3/19 | | | |
| | | | | | | 3 | | | |
| | | | | | | 3 | | | |
| 12 General Elec. Co. | NA | NA | NA | NA | Sell | 3/13 | J | NA | |
| 13 Marsh & McLennan Cos | NA | NA | NA | NA | Sell | 3/7 | J | B | |
| 14 Chubb Corp. | A | Div | NA | NA | Sell | 4/23 | J | NA | |
| 15 Fed. Natl Mtge Assn | A | Div | NA | NA | Sell | | J | NA | |
| Intl Bus. Mach. | A | Div | J | T | Sell | 5/16 | J | NA | |
| 17 J.P. Morgan Chase | A | Div | J | T | Sell | 5/16 | J | NA | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code I (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, ALL STOCKS COMMON | | | | STOCKS SOLD IN 2003 | | | | | |
| 1 Fed. Home Ln Mtge | A | Div | NA | NA | Sell | 6/27 | J | NA | |
| 2 Hartford Finl Svcs | A | Div | J | T | Sell | 7/24 | N | NA | |
| 3 Merrill Lynch & Co | A | Div | J | T | Sell | 7/24 | J | NA | |
| 4 Home Depot Inc. | A | Div | J | T | Sell | 7/29 | J | A | |
| 5 News Corp | A | Div | NA | NA | Sell | 8/13 | J | A | |
| 6 Federated Dept Stores | A | Div | J | T | Sell | 9/25 | J | A | |
| 7 Motorola Inc. | A | Div | NA | NA | Sell | 9/2 | J | A | |
| 8 Motorola Inc. | A | Div | NA | NA | Sell | 9/12 | J | A | |
| 9 Target Corp. | NA | NA | NA | NA | Buy | 2/11 | J | NA | |
| 10 Target Corp. | NA | NA | NA | NA | Buy | 2/24 | J | NA | |
| 11 Target Corp. | NA | NA | NA | NA | Sell | 9/4 | J | B | |
| 12 Home Depot Inc. | A | Div | J | T | Buy | 2/3 | J | NA | |
| 13 Home Depot Inc. | A | Div | J | T | Sell | 10/28 | J | A | |
| 14 Solectron | NA | NA | J | T | Buy | 2/27 | J | NA | |
| 15 Solectron | NA | NA | J | T | Sell | 10/6 | J | A | |
| 16 Alcoa Inc. | A | Div | J | T | Sell | 11/11 | J | NA | |
| 17 Comverse Tech. Inc. | A | Div | J | T | Sell | 11/11 | J | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 8/12/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, ALL STOCKS COMMON | | | | | STOCKS SOLD IN 2003 | | | | |
| 1 Federated Dept Stores | A | Div | J | T | Sell | 11/21 | J | A | |
| 2 Alcoa, Inc. | A | Div | J | T | Sell | 12/11 | J | A | |
| 3 Goldman Sachs Gp | A | Div | J | T | Sell | 12/11 | J | A | |
| 4 McDonalds Corp | A | Div | J | T | Sell | 12/11 | J | A | |
| 5 Morgan Stanley | A | Div | J | T | Sell | 12/11 | J | A | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001- $100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## ATTACHMENT VII C

In 1987, while a member of McGuire, Woods, Battle & Boothe (the "Law Firm"), I, like all other equity partners then in the Law Firm, became a limited partner in Ninth & Cary Associates Limited Partnership ("NCA"), a Virginia limited partnership. NCA is a limited partner in One James Center Associates, a Virginia limited partnership that owns the office building in Richmond, Virginia known as "One James Center" and its associated parking deck.

I never had any participation in the management of NCA; and I have had no income percentage since I left the Law Firm in May 1992. I am entitled, however, to a share of the proceeds receivable by NCA from One James Center Associates upon the occurrence of certain transactions such as refinancing or sale of the real estate owned by One James Center Associates. My share (which in 2002 was 1.337%) is, in large part, determined by prior years' service at the Law Firm as an equity partner. That share is expected to decrease over time because of my withdrawal from the Law Firm. It is not possible to affix a value to this inchoate interest in NCA.

**ATTACHMENT VII D**

As reported in Section VII, Lines 8 and 9, my ████ and I each have an IRA with The American Funds, Mutual funds over which we have no say and the holdings of which we do not know.

RECEIVED
Aug 17 11 07 AM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAYNE, ROBERT E. | 8/12/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬ Date _August 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544